UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAY; BRITNI GEORGIANNA; ROES 1 through 100 inclusive; individually, and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>CONSERVICE, LLC., a Utah Limited Liability Company, and DOES 1 through 10,000, inclusive,<br><br>         Defendants. | Case No.:  22cv1442-JO-AHG<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND; DENYING REQUEST FOR ATTORNEYS' FEES; AND REMANDING ACTION TO STATE COURT** |

  On August 23, 2022, Plaintiffs filed a complaint in the San Diego County Superior Court.  Dkt. 1, Ex. 1.  On September 23, 2022, Defendants filed a notice of removal removing the action to this Court.  *Id.*  On October 7, 2022, Plaintiffs filed a motion to remand the action to state court and a request for attorneys' fees.  Dkt. 7.

//

//

1   The Court held oral argument on the motion on January 11, 2023.  For the reasons
2 stated on the record during the oral argument, the Court GRANTS Plaintiffs' motion to
3 remand, DENIES the request for attorneys' fees, and REMANDS the action to state court.

**IT IS SO ORDERED**.

Dated:  January 11, 2023

_____
Honorable Jinsook Ohta
United States District Judge